## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

MALIBU MEDIA, LLC,

    Plaintiff,

v.              Civil Action No. 1:13-cv-01 200-JES-JA G

JOHN DOE, subscriber assigned IP address 98.214.67.145,

    Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 98.214.67.145. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 6, 2013

                 Respectfully submitted,

                 By:  /s/ *Mary K. Schulz*
                 Mary K. Schulz
                 Schulz Law, P.C.
                 1144 E. State Street, Suite A260
                 Geneva, IL 60134
                 Phone: 224-535-9510
                 Email: SchulzLaw@me.com
                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Mary K. Schulz*_____
Mary K. Schulz
